1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                               SAN JOSE DIVISION

11

12   ELDEN E. PIERCE, JR.,              )        Case No.: C06-4991  PVT
                                        )
13                     Plaintiff,       )        **ORDER DENYING REQUEST FOR**
                                        )        **ORDER SHORTENING TIME FOR**
14        v.                            )        **MOTION FOR REMAND;**
                                        )        **VACATING PRETRIAL DATES AND**
15   J&J ENTERPRISES, INC., et. al,     )        **SETTING FURTHER CASE**
                                        )        **MANAGEMENT CONFERENCE**
16                     Defendants.      )
     _____)
17

18        On April 27, 2007, Intervenor Cornerstone Propane filed a Motion to Remand and a

19   Stipulated Request for an Order Shortening Time for Hearing on the Motion to Remand. The

20   Request for an Order Shortening Time sought to hold the hearing on May 8, 2007, six court days

21   later.  The Proposed Order did not set forth dates for Opposition or Reply briefing. The

22   Declaration in support of the Request for an Order Shortening Time explained that a hearing on

23   May 8, 2007 is necessary in light of the upcoming deadlines for expert discovery and hearing of

24   dispositive motions as well as the approaching dates for a pretrial conference and trial.

25        Six court days is insufficient time for the parties and the court to prepare for a motion to

26   remand.  Pre-trial preparation, however, is not warranted at this time in light of the pending

27   motion for remand.  Accordingly, It Is Hereby Ordered that:

28             1.     The Request for an Order Shortening Time is Denied and the Motion for

Remand shall be heard on June 12, 2007 at 10:00 a.m.; Opposition is due May 22, 2007; and Reply is due May 29, 2007;

2.   The deadlines for Expert Discovery, Dispositive Motion Hearing, Final Pretrial Conference, and Trial are hereby VACATED; and

3.   A Further Case Management Conference shall be held on July 10, 2007 at 2:00 pm.

IT IS SO ORDERED.

Dated: April 30, 2007

_Patricia V. Trumbull_
PATRICIA V. TRUMBULL
United States Magistrate Judge