**GARY SCOTT DECKER, ESQ.**
California State Bar No. 074007
**RICHARDSON & DECKER**
Attorneys & Counselors at Law
770 "L" Street, Suite 950
Sacramento, CA 95814-3361

Telephone: (916) 449-3909
Facsimile: (916) 449-8251
E-Mail: RichDeckLaw@aol.com

Attorneys for Lien Claimant, Plaintiff-in-Intervention
and Intervenor, CORNERSTONE PROPANE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELDEN E. PIERCE, JR.,<br><br>  Plaintiff,<br><br>vs.<br><br>J & J ENTERPRISES, JEREMY M. JOHNSON, and DOES 1 to 10, inclusive,<br><br>  Defendants.<br>CORNERSTONE PROPANE,<br><br>  Lien Claimant and Plaintiff-in-Intervention. | Case No. C 06-04991 PVT<br><br>NOTICE OF SETTLEMENT OF ENTIRE CASE, INCLUDING COMPLAINT IN INTERVENTION, AND REQUEST TO TAKE HEARING DATE ON MOTION TO REMAND OFF CALENDAR; ORDER CONTINUING HEARING ON MOTION TO REMAND |

TO: THE HONORABLE PATRICIA V. TRUMBULL, UNITED STATE MAGISTRATE JUDGE, AND TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that the above-referenced matter, including the Lien Claim and Complaint in Intervention of Lien Claimant, Plaintiff-in-Intervention and Intervenor, CORNERSTONE PROPANE, has been settled in its entirety.

Accordingly, the parties, through their respective counsel of record, stipulate and request that the hearing date of June 12th, 2007, on CORNERSTONE PROPANE's Motion to Remand be taken off calendar. Further closing documents will be submitted to the Court shortly.

IT IS SO STIPULATED this 30th day of May, 2007.

RICHARDSON & DECKER

By: _____
GARY SCOTT DECKER, Esq. (Cal. State Bar No. 074007)
Attorneys for Lien Claimant, Plaintiff-in-Intervention and Intervenor, CORNERSTONE PROPANE

NOTICE OF SETTLEMENT OF ENTIRE CASE, INCLUDING COMPLAINT IN INTERVENTION, AND REQUEST TO TAKE HEARING DATE ON MOTION TO REMAND OFF CALENDAR; ORDER   -1-

1  IT IS SO STIPULATED this _____ day of _____, 2007.

2  RUCKA, O'BOYLE, LOMBARDO & McKENNA

3
   [UNABLE TO OBTAIN PLAINTIFF'S COUNSEL'S SIGNATURE DESPITE WRITTEN AND TELEPHONIC NOTICE AND ADVISAL OF SETTLEMENT]
4  By:_____
   ALFRED LOMBARDO, Esq. (Cal. State Bar No. 066628)
5  Attorneys for Plaintiff, ELDEN E. PIERCE, JR.

6  IT IS SO STIPULATED this _____ day of _____, 2007.

7  LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

8

9  By:_____
   THOMAS S. BRAZIER, Esq. (Cal. State Bar No. 055484)
10 Attorneys for Defendants, J & J ENTERPRISES and JEREMY JOHNSON

11

12 **ORDER**

13 The MOTION TO REMAND of Lien Claimant, Plaintiff-in-Intervention and Intervenor
14 CORNERSTONE PROPANE, presently set for hearing on June 12th, 2007, at 10:00 a.m., is hereby
15 Continued to July 10, 2007 at 10:00 a.m.

16 DATED: __June 4,_____, 2007.

17

18 _/s/ Patricia V. Trumbull_
   HONORABLE PATRICIA V. TRUMBULL
19 United States Magistrate Judge

---

NOTICE OF SETTLEMENT OF ENTIRE CASE, INCLUDING COMPLAINT IN INTERVENTION, AND REQUEST TO TAKE HEARING DATE ON MOTION TO REMAND OFF CALENDAR; ORDER   -2-

1 | IT IS SO STIPULATED this _____ day of _____, 2007.
2 | RUCKA, O'BOYLE, LOMBARDO & McKENNA
3 |
4 | By:
5 | ALFRED LOMBARDO, Esq. (Cal. State Bar No. 066628)
Attorneys for Plaintiff, ELDEN E. PIERCE, JR.
6 | IT IS SO STIPULATED this 31st day of May, 2007.
7 | LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
8 |
9 | By:
10 | THOMAS S. BRAZIER, Esq. (Cal. State Bar No. 035484)
Attorneys for Defendants, J & J ENTERPRISES and
JEREMY JOHNSON
11 |
12 | **ORDER**
13 | The MOTION TO REMAND of Lien Claimant, Plaintiff-in-Intervention and Intervenor
14 | CORNERSTONE PROPANE, presently set for hearing on June 12th, 2007, at 10:00 a.m., is hereby
15 | ordered off calendar.
16 | DATED: _____, 2007.
17 |
18 | _____
HONORABLE PATRICIA V. TRUMBULL
19 | United States Magistrate Judge

NOTICE OF SETTLEMENT OF ENTIRE CASE, INCLUDING COMPLAINT IN INTERVENTION, AND
REQUEST TO TAKE HEARING DATE ON MOTION TO REMAND OFF CALENDAR; ORDER -2-